## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Urbont v. Sony Music Entertainment, Inc.     Docket No.: 15-1778

Lead Counsel of Record (name/firm) or Pro se Party (name): Marc S. Reiner / Hand Baldachin & Amburgey LLP

Appearance for (party/designation): Sony Music Entertainment, Inc. and Razor Sharp Records, LLC / Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect. Please change the following parties' designations:
    Party                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (X) I applied for admission on June 8, 2015 or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *[signature]*
Type or Print Name: Marc S. Reiner
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Interim Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: Urbont v. Sony Music Entertainment, Inc.    Docket Number: 15-1778

**Personal Contact Information:**

Client 1:

Name: Sony Music Entertainment, Inc.
Address: 550 Madison Avenue, New York, NY 10022
Telephone: (212) 833-7670    Fax: (212) 833-5828
Email: julie.shapiro@sonymusic.com

Client 2:

Name: Razor Sharp Records, LLC
Address: c/o Sony Music Entertainment, Inc., 550 Madison Avenue, New York, NY 10022
Telephone: (212) 833-7670    Fax: (212) 833-5828
Email: julie.shapiro@sonymusic.com

Client 3:

Name:
Address:
Telephone:    Fax:
Email:

Client 4:

Name:
Address:
Telephone:    Fax:
Email:

Client 5:

Name:
Address:
Telephone:    Fax:
Email: