

HAND | BALDACHIN | AMBURGEY LLP

LAW OFFICES

8 West 40th Street
12th Floor
New York, NY 10018

dir    212.295.2719
tel    212.956.9500
fax    212.376.6080
mreiner@hballp.com

September 8, 2015

VIA ECF

Clerk
United States Court of Appeals
        for the Second Circuit
40 Foley Square
New York, NY 10007

> Re:    Urbont v. Sony Music Entertainment, No. 15-1778

Dear Sir or Madam:

We are counsel for Appellees Sony Music Entertainment and Razor Sharp Records, LLC in the above-referenced matter.

Pursuant to Second Circuit Local Rule 31.2(a)(B), Appellees respectfully request that the deadline for their brief be December 1, 2015, which is 91 days after the filing of Appellant's brief.

Respectfully,

Marc S. Reiner

